4887-0681-8081/578-0285
Crystal E. Dozier, Esq.
Lester Schwab Katz & Dwyer, LLP
61 S. Paramus Road
Paramus, NJ 07652
973-912-9501
Attorneys for Defendants Amazon.com, Inc., Amazon.com, LLC,
Amazon.com, Amazon, Amazon.com Services, LLC,
Amazon.com Services, Inc., Amazon Fulfillment Center,
Amazon Delivery Partners, Inc., Amazon Services, LLC, Amazon Logistics,
Erin Godfrey Richardson, EAN Holdings, LLC, and TL Transportation, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------X
Antonio Popola and Erin Popola,                     :
                                                    :      **DECLARATION OF SERVICE**
                          Plaintiffs,               :
                                                    :
     –against–                                      :
                                                    :
Amazon.com, Inc., *et al.*,                         :
                                                    :
                          Defendants                :
----------------------------------------------------X

Declaration of Service

I served the annexed NOTICE OF REMOVAL, RULE 7.1 CERTIFICATES AND CIVIL COVER SHEET by first-class mail on the following persons on June 3, 2022:

    Via E-File:
    Superior Court of New Jersey
    Middlesex County
    Docket No.: MID-L-000303-22

    Via E-File and Mail
    James M. Curran, Esq.
    LAW OFFICE OF JAMES M. CURRAN, P.C.
    86 Washington Avenue
    Milltown, New Jersey 08850
    Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2022

Cindy M. Benenati